# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF
## DIVISION

In re: §
§
FOLEY SR., TERRENCE P § Case No. 13-23861 DRC
§
Debtor(s) §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter     of the United States Bankruptcy Code was filed on     . The undersigned trustee was appointed on         .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                    $

    Funds were disbursed in the following amounts:

    Payments made under an interim disbursement
    Administrative expenses
    Bank service fees
    Other payments to creditors
    Non-estate funds paid to 3rd Parties
    Exemptions paid to the debtor
    Other payments to the debtor

    Leaving a balance on hand of[1]              $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

  5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

  6.  The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____.  All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

  7.  The Trustee's proposed distribution is attached as **Exhibit D**.

  8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____.  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

  The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____ [2].  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____ [2].

  Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____    By:/s/THOMAS E. SPRINGER, TRUSTEE_____
               Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit A

| Case No: | 13-23861 | DRC | Judge: Donald R. Cassling | Trustee Name: | THOMAS E. SPRINGER, TRUSTEE |
| Case Name: | FOLEY SR., TERRENCE P | | | Date Filed (f) or Converted (c): | 06/11/13 (f) |
| | | | | 341(a) Meeting Date: | 07/15/13 |
| For Period Ending: | 11/06/14 | | | Claims Bar Date: | 10/21/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Single Family Residence - 40W668 S Bridle Creek Dr | 300,000.00 | 0.00 | | 0.00 | FA |
| 2. Car Lot - 1641 E New York Street, Aurora Illinois | 500,000.00 | 0.00 | | 0.00 | FA |
| 3. Checking - Harris Bank | 17.00 | 0.00 | | 0.00 | FA |
| 4. Personal possessions in home | 5,000.00 | 0.00 | | 0.00 | FA |
| 5. Personal clothing | 400.00 | 0.00 | | 0.00 | FA |
| 6. Watch | 200.00 | 0.00 | | 0.00 | FA |
| 7. 100% in U Save Autos, Inc  (business closed May 23, 2013 pursuant settlement in litigation) | 0.00 | 0.00 | | 0.00 | FA |
| 8. Estimated tax refund 2012  Debtor testified at 341 Meeting that he received and spent entire tax refund. Debtor repaying refund to estate in installments | 20,000.00 | 20,000.00 | | 20,000.00 | FA |
| 9. 2007 Mercedes 550SL 80,000 miles | 25,000.00 | 0.00 | | 0.00 | FA |
| 10. 2000 Sea Ray 460 46 ft and dignhee  Stay nlifted by credtior | 160,000.00 | 0.00 | | 0.00 | FA |

| | | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $1,010,617.00 | $20,000.00 | | $20,000.00 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Debtor is repaying $20,000.00 tax refund that he received and spent.

Initial Projected Date of Final Report (TFR): 05/15/14      Current Projected Date of Final Report (TFR): 05/15/14

LFORM1   UST Form 101-7-TFR (5/1/2011) *(Page: 3)*                                                                                                Ver: 18.01

FORM 2

Page: 1

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| | |
|---|---|
| Case No: | 13-23861 -DRC |
| Case Name: | FOLEY SR., TERRENCE P |
| Taxpayer ID No: | *******1271 |
| For Period Ending: | 11/06/14 |

| | |
|---|---|
| Trustee Name: | THOMAS E. SPRINGER, TRUSTEE |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******9999 CHECKING ACCOUNT |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 11/13/13 | 8 | Terrence P. Foley<br>40 W. 668 S. Bridle Creek<br>St. Charles, IL 60175 | Installment payment<br>per Court Order entered 6/13/13. | 1124-000 | 4,000.00 | | 4,000.00 |
| 12/06/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,990.00 |
| 12/11/13 | 8 | Terrance P. Foley<br>Adrienne L. Sauers<br>40 W 668 S. Bridle Creek<br>St. Charles, IL 60175 | Installment payment | 1124-000 | 4,000.00 | | 7,990.00 |
| 01/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 7,980.00 |
| 01/10/14 | 8 | Terrance P. Foley<br>40 W 668 S. Bridle Creek<br>St. Charles, IL 60175 | Installment payment | 1124-000 | 4,000.00 | | 11,980.00 |
| 02/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 16.08 | 11,963.92 |
| 02/11/14 | 001000 | INTERNATIONAL SURETIES, LTD.<br>Suite 420<br>701 Poydras Street<br>New Orleans, LA 70139 | Blanket Bond # 016026455 | 2300-000 | | 16.00 | 11,947.92 |
| 02/21/14 | 8 | Terrence P. Foley<br>Adrienne L. Sauers<br>40 W 668 S. Bridle Creek<br>St. Charles, IL 60175 | Installment payment | 1124-000 | 4,000.00 | | 15,947.92 |
| 03/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 17.59 | 15,930.33 |
| 04/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 23.68 | 15,906.65 |
| 04/09/14 | 8 | Terrance P. Foley<br>Adrienne L. Sauers<br>40 W. 668 S. Bridle Creek<br>St. Charles, IL 60175 | Installment payment<br>Tax refund. | 1124-000 | 4,000.00 | | 19,906.65 |
| 05/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 27.11 | 19,879.54 |

Page Subtotals    20,000.00    120.46

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 2
Exhibit B

| Case No: | 13-23861 -DRC | Trustee Name: | THOMAS E. SPRINGER, TRUSTEE |
|---|---|---|---|
| Case Name: | FOLEY SR., TERRENCE P | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******9999  CHECKING ACCOUNT |
| Taxpayer ID No: | *******1271 | | |
| For Period Ending: | 11/06/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 06/06/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 29.55 | 19,849.99 |
| 07/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 28.56 | 19,821.43 |
| 08/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 29.47 | 19,791.96 |
| 09/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 29.43 | 19,762.53 |
| 10/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 28.44 | 19,734.09 |

|  | | | |
|---|---|---|---|
| COLUMN TOTALS | 20,000.00 | 265.91 | 19,734.09 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 20,000.00 | 265.91 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 20,000.00 | 265.91 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| CHECKING ACCOUNT - ********9999 | 20,000.00 | 265.91 | 19,734.09 |
| | ------------------------ | ------------------------ | ------------------------ |
| | 20,000.00 | 265.91 | 19,734.09 |
| | ============== | ============== | ============== |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals    0.00    145.45

| Page 1 | | CLAIMS ANALYSIS | | | Date: November 06, 2014 |
| --- | --- | --- | --- | --- | --- |
| | | ANALYSIS OF CLAIMS REGISTER | | | |

Case Number: 13-23861  
Debtor Name: FOLEY SR., TERRENCE P

Claimant's Name Sequence

| Code # | Creditor Name & Address | Claim Class / Notes | Scheduled | Claimed | Allowed |
| --- | --- | --- | --- | --- | --- |
| 8<br>070<br>7100-00 | Active Concrete, Inc.<br>c/o G Alexander McTavish<br>Foote, Mielke, Chavez & O'Neil, LLC<br>10 W State St, Ste 200<br>Geneva, IL 60134 | Unsecured<br>Filed Objection; objection withdrawn 10/17/14 as claimant provided supporting doumentation | $0.00 | $10,000.00 | $10,000.00 |
| 4<br>070<br>7100-90 | American Express Bank, FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured<br>(4-1) CREDIT CARD DEBT | $0.00 | $1,235.15 | $1,235.15 |
| 5<br>070<br>7100-90 | American Express Bank, FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured<br>(5-1) CREDIT CARD DEBT | $0.00 | $10,832.80 | $10,832.80 |
| 3<br>070<br>7100-90 | American Express Centurion Bank<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured<br>(3-1) CREDIT CARD DEBT | $0.00 | $15,747.09 | $15,747.09 |
| 2<br>070<br>7100-90 | Capital One Bank (USA), N.A.<br>by American InfoSource LP as agent<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Unsecured<br>(2-1) Modified on 8/5/13 to correct creditors address(dw) | $0.00 | $1,191.04 | $1,191.04 |
| 1<br>070<br>7100-90 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Unsecured | $0.00 | $10,528.04 | $10,528.04 |
| BOND<br>999<br>2300-00 | INTERNATIONAL SURETIES, LTD.<br>Suite 420<br>701 Poydras Street<br>New Orleans, LA 70139 | Administrative | $0.00 | $16.00 | $16.00 |
| 9<br>070<br>7100-00 | Lorusso Cement Contractors, Inc<br>c/o G Alexander McTavish<br>Foote, Mielke, Chavez & O'Neil, LLC<br>10 W State St, Ste 200<br>Geneva, IL 60134 | Unsecured<br>Filed Objection; objection withdrawn 10/17/14 as claimant provided supporting doumentation | $0.00 | $10,000.00 | $10,000.00 |
| 7<br>070<br>7100-00 | Onofrio Land, LLC<br>c/o G Alexander McTavish<br>Foote, Mielke,Chavez & O'Neil, LLC<br>10 W State St, Ste 200<br>Geneva, IL 60134 | Unsecured<br>(7-1) Amount due on Promissory Note | $0.00 | $1,411,633.39 | $1,411,633.39 |
| 6<br>070<br>7100-90 | Quantum3 Group LLC as agent for<br>GFB LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 | Unsecured<br>(6-1) Unsecured Debt | $0.00 | $14,485.79 | $14,485.79 |
| 001<br>3110-00 | SPRINGER BROWN, LLC<br>Wheaton Executive Center<br>400 S. County Farm Road<br>Suite 330 | Administrative | $0.00 | $3,975.00 | $3,975.00 |

CREGIS2   UST Form 101-7-TFR (5/1/2011) *(Page: 6)*   Printed: 11/06/14 01:59 PM   Ver: 18.01

| Page 2 | | CLAIMS ANALYSIS<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: November 06, 2014 |
|---|---|---|---|---|---|---|
| Case Number: | 13-23861 | Claimant's Name Sequence | | | | |
| Debtor Name: | FOLEY SR., TERRENCE P | | | | | |
| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
| | Wheaton, IL 60187 | | | | | |
| 001<br>2100-00 | Thomas E. Springer, Trustee<br>400 S. County Farm Road<br>Suite 330<br>Wheaton, IL  60187 | Administrative | | $0.00 | $2,750.00 | $2,750.00 |
| | Case Totals: | | | $0.00 | $1,492,394.30 | $1,492,394.30 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

### TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 13-23861 DRC
Case Name: FOLEY SR., TERRENCE P
Trustee Name: THOMAS E. SPRINGER, TRUSTEE

    Balance on hand      $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: THOMAS E. SPRINGER, TRUSTEE | $ | $ | $ |
| Attorney for Trustee Fees: SPRINGER BROWN, LLC | $ | $ | $ |
| Other: INTERNATIONAL SURETIES, LTD. | $ | $ | $ |

    Total to be paid for chapter 7 administrative expenses      $_____
    Remaining Balance      $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $_____ must be paid in advance of any dividend to general (unsecured) creditors.

    Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $             have been allowed and will be paid *pro* *rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be      percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank | $ | $ | $ |
| 2 | Capital One Bank (USA), N.A. | $ | $ | $ |
| 3 | American Express Centurion Bank | $ | $ | $ |
| 4 | American Express Bank, FSB | $ | $ | $ |
| 5 | American Express Bank, FSB | $ | $ | $ |
| 6 | Quantum3 Group LLC as agent for | $ | $ | $ |
| 7 | Onofrio Land, LLC | $ | $ | $ |
| 8 | Active Concrete, Inc. | $ | $ | $ |
| 9 | Lorusso Cement Contractors, Inc | $ | $ | $ |

Total to be paid to timely general unsecured creditors        $_____

Remaining Balance        $_____

Tardily filed claims of general (unsecured) creditors totaling $        have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be       percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $        have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be       percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE