**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | | |
|---|---|---|---|
| IN RE: | ) | Chapter: | 7 |
| | ) | | |
| TERRENCE P. FOLEY, SR., | ) | Case No. 13-23861 | |
| | ) | | |
| Debtor. | ) | Judge: | Hon. Donald R. Cassling |

**FINAL APPLICATION FOR ALLOWANCE OF COMPENSATION AND FOR REIMBURSEMENT OF EXPENSES AS GENERAL COUNSEL TO THE TRUSTEE**

**Cover Sheet for Application for Professional Compensation**

Name of Applicant(s):   **Thomas E. Springer, Esq. and the law firm of Springer Brown, LLC**

Authorized to Provide Professional Services to:   **Thomas E. Springer, Trustee of the Estate of Terrence P. Foley, Sr., Chapter 7 Bankruptcy No. 13-23861.**

Date of Order Authorizing Employment:   **September 19, 2013**

Period for which Compensation is Sought: **August 28, 2013 through November 6, 2014**

Amount of Fees Sought:                               **$ 3,975.00**

Amount of Expense Reimbursement Sought:      **$   0.00**

This is an:     Interim Application  ___          Final Application __X__

If this is not the first application filed herein by this professional, disclosure as to all prior fee applications:

| Date Filed | Period Covered | Total Requested | Total Allowed | Any Amount Withheld by Order |
|---|---|---|---|---|
| N/A | N/A | N/A | N/A | N/A |

The amount of fees and expenses paid to the Applicant to date for Service rendered and expenses incurred herein is:$____**-0-**_____.

**In re:  Terrence P. Foley, Sr.**
**Chapter 7 no. 13-23861**
**Cover Sheet for Application for Professional Compensation by Trustee's General Counsel**
**(PAGE TWO of TWO)**

Professionals retained and represented as follows in this Application for Allowance of Compensation and Reimbursement of Expenses as Counsel to the Trustee:

| Name of Professional | Hourly Rates | Hours of Service | Value of Service |
|---|---|---|---|
| Thomas E. Springer, Attorney(**TES**) | $350.00 | 5.9 | $ 2,065.00 |
| Elizabeth A. Bates, Attorney (**EAB**) | $350.00 | 0.5 | $   175.00 |
| Richard G. Larsen, Attorney (**RGL**) | $350.00 | 0.5 | $   175.00 |
| Michele M. Springer, Attorney (**MMS**) | $325.00 | 4.8 | $ 1,560.00 |
| **TOTALS** | | **11.7** | **$3,975.00** |

**A Summary and Total of Fee Application Categories is Attached hereto.**

DATE: November 25, 2014        Respectfully Submitted,
                               APPLICANT
                               Thomas E. Springer, Trustee

                               BY: Springer Brown, LLC


                               By:    /s/ Thomas E. Springer
                                      Thomas E. Springer
                                      One of His Attorneys




Thomas E. Springer, Trustee
Springer Brown, LLC
Wheaton Executive Center
400 S. County Farm Road, Suite 330
Wheaton, IL  60187
(630) 510-0000

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter:  7 |
| | ) | |
| TERRENCE P. FOLEY, SR., | ) | Case No. 13-23861 |
| | ) | |
| Debtor. | ) | Judge:  Hon. Donald R. Cassling |

**FINAL APPLICATION FOR ALLOWANCE OF COMPENSATION AND FOR REIMBURSEMENT OF EXPENSES AS GENERAL COUNSEL TO THE TRUSTEE**

**NOW COMES** Thomas E. Springer, Esq. and the law firm of Springer Brown, LLC (herein "Applicant"), as duly authorized counsel to the Trustee, THOMAS E. SPRINGER, (herein the "Trustee") and respectfully requests the entry of an Order for the allowance and payment of compensation and reimbursement of expenses for services rendered and expenses incurred as counsel to the Trustee pursuant to §330 of the United States Bankruptcy Code and applicable Federal Rules of Bankruptcy Procedure, and in support hereof, states to the Court as follows:

**I.  INTRODUCTION**

This Application encompasses the time period from August 28, 2013 through preparation of Applicant's current Final Fee Application, November 6, 2014. The Application represents 11.7 hours of legal services provided to the Trustee. Applicant has neither previously requested nor obtained approval for payment of interim compensation or reimbursement of expenses. This Application seeks approval of legal fees in the amount of $3,975.00 and $0.00 for actual and necessary unreimbursed expenses.

1. On June 10, 2013, an Order for Relief under Chapter 7 of the United States Bankruptcy Code was entered against Terrence P. Foley, Sr. and Thomas E. Springer was thereupon appointed as Trustee therein.

2. The Court has jurisdiction over this matter pursuant to 28 U.S.C. §1334. This is a core proceeding pursuant to 28 U.S.C. §157. Venue is proper in this district pursuant to 28 U.S.C. §§1408 and 1409.

3. This request for relief is predicated on Section 330(a) (1) of the Bankruptcy Code.

4. On September 19, 2013, an Order was entered by this Court authorizing the Trustee to employ Springer Brown, LLC (hereinafter "Springer Brown") as his counsel.

5. During the period August 28, 2013 through November 6, 2014, Springer Brown provided services to the Trustee which were reasonable and necessary to the administration of this case, the general nature of which is set forth below and a specific itemization of which is attached hereto and incorporated herein.

## II. CASE STATUS AND NARRATIVE OF LEGAL SERVICES

6. Applicant represented and advised the Trustee on the matters relating to this bankruptcy case. The Applicant has provided a general description of the tasks performed, results achieved and benefit to the estate; and detailed time records in chronological order for each matter with Applicant's time attached hereto Exhibit A. Each professional task for which Applicant seeks compensation is separated into the following three categories:

A. Employment of Professional Persons and Preparation of Fee Applications;

B. Asset Analysis and Disposition: Extensions of Time to Object to Discharge and Turnover of Tax Refund; and

C. Objection to Claims.

The following narrative description of the project categories explains the necessity and benefit to the estate of each service category and the status of those issues, including all pending litigation:

A. **Employment of Professional Persons and Preparation of Fee Application**

**Time Expended:  2.7 hours; Amount requested:   $ 915.00**

This category includes services related to the employment of Applicant as counsel to the Trustee, and preparation of the current Fee Application.  Employment of Counsel for the Trustee was necessary for the prompt and efficient liquidation of the estate and has contributed to the successful administration of this estate.

B. **Asset Analysis and Disposition:  Extensions of Time to Object to Discharge and Turnover of Tax Refund**

**Time Expended:   4.5 hours; Amount requested:   $ 1,550.00**

This category includes services related to the Trustee's investigation into the Debtor's financial records and transfers and the subsequent extensions to time to object to the Debtor's Discharge and turnover of the tax refund.  As part of Debtor's filed bankruptcy petition, the Debtor's Schedule B listed an estimated tax refund for 2012 in the amount of $20,000.00.  At the Debtor's §341 Meeting of Creditors, the Debtor testified that he received the tax refund post-petition and that he spent the funds.  The Trustee requested numerous documents and records, including an accounting of the tax refund, and the Trustee continued the §341 Meeting.  The requested documents were finally turned over but due to the amount of documents, more time was needed for a complete review.  On August 30, 2013, Applicant filed a Motion to Extend the Time in which to Object to the Debtor's discharge which order was entered by this Court on September 19, 2013.  On October 31,, 2013, Applicant filed a second Motion to Extend the Time in which to Object to the Debtor's discharge which order was entered by this Court on November 7, 2103.

On October 14, 2013, Applicant sent a turnover demand letter to the Debtor's attorney requesting the tax refund funds be turned over.  Applicant failed to receive a response.  On

October 31, 2013, Applicant filed a Motion for Turnover of the tax refund. On October 31, 2013, this Court entered the Turnover Order. The Debtor agreed to repay the tax refund in installments.

### C. **Objection to Claims**

**Time Expended:   4.5 hours; Amount requested:   $ 1,510.00**

This category includes services related to the Trustee's review of claims. The Trustee reviewed the claims filed and objections to two claims were needed. On July 2, 2014, Applicant filed objection to claims number 8 and 9. The attorney who was representing both claimants, Attorney Garrow, telephoned Applicant and requested that the hearings be continued as he was out of town that day. The hearings were continued twice in order for Attorney Garrow to obtain documents in order to support the claims. A briefing scheduled was set for the Objections and on when Attorney Garrow filed his responses, the appropriate supporting documents were given to Applicant. Applicant then withdrew both objections.

7. All services in this matter were performed by Thomas E. Springer, billed at the rate of $350.00 per hour, Elizabeth A. Bates, billed at the rate of $350.00, Richard G. Larsen, billed at the rate of $350.00 per hour and Michele M. Springer, billed at the rate of $325.00 per hour. These rates are customary for Springer Brown to charge for such services during this time period.

8. The services rendered by Applicant were necessary services that have benefited this estate by providing funds to distribute to creditors and enabling the Trustee to perform his statutory duties. Itemized time entries for all Applicant's services are attached as *Exhibit A*.

**WHEREFORE,** Applicant, Thomas E. Springer respectfully requests that Trustee's Attorneys' fees in the amount of $3,975.00 be approved as reasonable and appropriate and that payment be authorized upon entry of the Order approving such payment as set forth herein for any such other and further relief as this Court deems just and equitable.

DATE: November 25, 2014

Respectfully Submitted,
APPLICANT

Thomas E. Springer, Trustee

BY: SpringerBrown, LLC

By:  /s/ Thomas E. Springer
     Thomas E. Springer
     One of His Attorneys


Thomas E. Springer, Trustee
Springer Brown, LLC
Wheaton Executive Center
400 S. County Farm Road, Suite 330
Wheaton, IL  60187
(630) 510-0000