# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re:                                   §
                                         §
FOLEY SR., TERRENCE P                    §          Case No. 13-23861
                                         §
                                         §
         Debtor(s)                       §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that THOMAS E. SPRINGER, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

    CLERK OF THE U.S. BANKRUPTCY COURT
    219 S. DEARBORN STREET
    CHICAGO, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 12/19/2014 in Courtroom 240,

    United States Courthouse
    Old Kane County Courthouse
    100 S. Third Street, Geneva, IL  60134

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____          By: _____

*THOMAS E. SPRINGER, TRUSTEE*
*400 S. County Farm Road*
*Suite 330*
*Wheaton, IL 60187*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
FOLEY SR., TERRENCE P § Case No. 13-23861
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 20,000.00 |
| and approved disbursements of | $ | 265.91 |
| leaving a balance on hand of[1] | $ | 19,734.09 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: THOMAS E. SPRINGER, TRUSTEE | $ 2,750.00 | $ 0.00 | $ 2,750.00 |
| Attorney for Trustee Fees: SPRINGER BROWN, LLC | $ 3,975.00 | $ 0.00 | $ 3,975.00 |
| Other: INTERNATIONAL SURETIES, LTD. | $ 16.00 | $ 16.00 | $ 0.00 |

Total to be paid for chapter 7 administrative expenses   $   6,725.00
Remaining Balance   $   13,009.09

Applications for prior chapter fees and administrative expenses have been filed as follows:

_____

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) (Page: 2)

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 1,485,653.30  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.9 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank | $ 10,528.04 | $ 0.00 | $ 92.19 |
| 2 | Capital One Bank (USA), N.A. | $ 1,191.04 | $ 0.00 | $ 10.43 |
| 3 | American Express Centurion Bank | $ 15,747.09 | $ 0.00 | $ 137.89 |
| 4 | American Express Bank, FSB | $ 1,235.15 | $ 0.00 | $ 10.82 |
| 5 | American Express Bank, FSB | $ 10,832.80 | $ 0.00 | $ 94.85 |
| 6 | Quantum3 Group LLC as agent for | $ 14,485.79 | $ 0.00 | $ 126.84 |
| 7 | Onofrio Land, LLC | $ 1,411,633.39 | $ 0.00 | $ 12,360.94 |
| 8 | Active Concrete, Inc. | $ 10,000.00 | $ 0.00 | $ 87.56 |
| 9 | Lorusso Cement Contractors, Inc | $ 10,000.00 | $ 0.00 | $ 87.57 |
| | Total to be paid to timely general unsecured creditors | | | $ 13,009.09 |
| | Remaining Balance | | | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Thomas E. Springer
Trustee

*THOMAS E. SPRINGER, TRUSTEE*
*400 S. County Farm Road*
*Suite 330*
*Wheaton, IL 60187*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

```
In re:                                                          Case No. 13-23861-DRC
Terrence P Foley, Sr.                                           Chapter 7
       Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: mgonzalez           Page 1 of 2           Date Rcvd: Nov 26, 2014
                              Form ID: pdf006           Total Noticed: 28


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 28, 2014.
db          +Terrence P Foley, Sr.,    40W668 S Bridle Creek Drive,    Saint Charles, IL 60175-7660
aty         +Springer Brown, LLC,    Wheaton Executive Center,    400 S. County Farm Road,    Ste. 330,
              Wheaton, IL 60187-4547
21122627    +Active Concrete, Inc.,    c/o G Alexander McTavish,     Foote, Mielke, Chavez & O'Neil, LLC,
              10 W State St, Ste 200,    Geneva, IL 60134-4507
20586607    +American Express,   PO Box 297871,    Fort Lauderdale, FL 33329-7871
20586608    +American Express,   PO Box 981537,    El Paso, TX 79998-1537
20586606    +American Express,   PO Box 0001,    Los Angeles, CA 90096-8000
21033192     American Express Bank, FSB,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
21015585     American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
20586609    +Bank Card Services,    PO Box 84013,   Columbus, GA 31908-4013
20586611    +Bank of America,    PO Box 15796,   Wilmington, DE 19886-5796
20586610    +Bank of America,    PO Box 851001,   Dallas, TX 75285-1001
20586612     Capital One,   P.O. Box 6492,    Carol Stream, IL 60197-6492
20826943     Capital One Bank (USA), N.A.,    by American InfoSource LP as agent,    PO Box 71083,
              Charlotte, NC  28272-1083
20586613    +Car Quest,   3 N Smith St,    Aurora, IL 60505-3765
20586614    +Chase Mortgage,    PO Box 9001871,   Louisville, KY 40290-1871
20586615    +Citi Auto,   920 McClure,    Aurora, IL 60502-9523
20586617    +Fifth Third Bank,    PO Box 740778,   Cincinnati, OH 45274-0778
21122724    +Lorusso Cement Contractors, Inc,    c/o G Alexander McTavish,
              Foote, Mielke, Chavez & O'Neil, LLC,    10 W State St, Ste 200,    Geneva, IL 60134-4507
20586620    +Onofrio Land, LLC,    c/o Scott Larson Attorney,     200 W Main Street,
              Saint Charles, IL 60174-1812
21122550    +Onofrio Land, LLC,    c/o G Alexander McTavish,    Foote, Mielke,Chavez & O'Neil, LLC,
              10 W State St, Ste 200,    Geneva, IL 60134-4507
20854211    +Onofrio Lorusso,    1090 Carolina Dr,   West Chicago, IL 60185-5126
20586621    +Ridgestone Bank,    13925 W North Ave,   Brookfield, WI 53005-4976
20586622    +STATE FARM BANK,    PO BOX 3299,   Milwaukee, WI 53201-3299
20586623    +U Save Autos Inc,    1641 E New York Street,    Aurora, IL 60505-3246

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
20586616    +E-mail/PDF: mrdiscen@discoverfinancial.com Nov 27 2014 00:46:17      Discover,    PO Box 6103,
              Carol Stream, IL 60197-6103
20763864     E-mail/PDF: mrdiscen@discoverfinancial.com Nov 27 2014 00:46:17      Discover Bank,
              DB Servicing Corporation,    PO Box 3025,   New Albany, OH  43054-3025
20586619    +E-mail/PDF: gecsedi@recoverycorp.com Nov 27 2014 00:42:25      Lowes,    PO Box 530970,
              Atlanta, GA 30353-0970
21078278     E-mail/Text: bnc-quantum@quantum3group.com Nov 27 2014 00:36:13
              Quantum3 Group LLC as agent for,    GFB LLC,   PO Box 788,    Kirkland, WA  98083-0788
                                                                                               TOTAL: 4

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
21033193*       American Express Bank, FSB,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
20586624*      +U Save Autos, Inc,    1641 E New York Street,    Aurora, IL 60505-3246
20586618     ##+Freedom Lift,   929 Alpine Commerse Park, Ste 300,    Grand Rapids, MI 49544-1696
                                                                                TOTALS: 0, * 2, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 28, 2014                                              Signature:  /s/Joseph Speetjens

```
District/off: 0752-1          User: mgonzalez              Page 2 of 2              Date Rcvd: Nov 26, 2014
                              Form ID: pdf006              Total Noticed: 28
```

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 25, 2014 at the address(es) listed below:
              Alan   Garrow, ESQ    on behalf of Plaintiff    Active Concrete, Inc. agarrow@nealisgarrow.com
              Alan   Garrow, ESQ    on behalf of Plaintiff    Lorusso Cement Contractors, Inc.
               agarrow@nealisgarrow.com
              Alan   Garrow, ESQ    on behalf of Creditor    Onofrio Land, LLC agarrow@nealisgarrow.com
              Alan   Garrow, ESQ    on behalf of Creditor    Lorusso Cement Contractors, Inc.
               agarrow@nealisgarrow.com
              Alan   Garrow, ESQ    on behalf of Plaintiff Onofrio  Lorusso agarrow@nealisgarrow.com
              Alan   Garrow, ESQ    on behalf of Plaintiff    Onofrio Land, LLC agarrow@nealisgarrow.com
              Alan   Garrow, ESQ    on behalf of Creditor    Active Concrete, Inc. agarrow@nealisgarrow.com
              Clay  Mosberg    on behalf of Creditor    State Farm Bank FSB cmosberg@fallaw.com,
               tgirard@fallaw.com;mpost@fallaw.com;mmyers@fallaw.com;bneubauer@fallaw.com
              David H Cutler    on behalf of Debtor Terrence P Foley, Sr. cutlerfilings@gmail.com
              Edmond M Burke    on behalf of Creditor    Ridgestone Bank c/o Edmond M. Burke eburke@chuhak.com
              G. Alexander  McTavish    on behalf of Creditor    Onofrio Land, LLC amctavish@fmcolaw.com
              G. Alexander  McTavish    on behalf of Creditor    Active Concrete, Inc. amctavish@fmcolaw.com
              G. Alexander  McTavish    on behalf of Creditor    Lorusso Cement Contractors, Inc.
               amctavish@fmcolaw.com
              G. Alexander  McTavish     on behalf of Creditor Onofrio  Lorusso amctavish@fmcolaw.com
              Michele M Springer    on behalf of Trustee Thomas E Springer mspringer@springerbrown.com,
               marigonzo@springerbrown.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Philip J. Piscopo    on behalf of Debtor Terrence P Foley, Sr. pjp@csp-law.com,
               skc@csp-law.com;pms@csp-law.com
              Philip J. Piscopo    on behalf of Defendant Terrence P Foley, Sr. pjp@csp-law.com,
               skc@csp-law.com;pms@csp-law.com
              Terri M Long    on behalf of Creditor    Fifth Third Bank Courts@tmlong.com
              Thomas E Springer    tspringer@springerbrown.com,
               tspringer@ecf.epiqsystems.com;jkrafcisin@springerbrown.com
              Thomas E Springer    on behalf of Trustee Thomas E Springer tspringer@springerbrown.com,
               jkrafcisin@springerbrown.com
                                                                                             TOTAL: 21
```