UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re:                              §
                                    §
FOLEY SR., TERRENCE P               §    Case No. 13-23861
                                    §
                                    §
        Debtor(s)                   §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

THOMAS E. SPRINGER, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $           (see **Exhibit 1**), minus funds paid to the debtor and third parties of $       (see **Exhibit 2**), yielded net receipts of $            from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

    4)  This case was originally filed under chapter   on             . The case was pending for     months.

    5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____      By:/s/THOMAS E. SPRINGER, TRUSTEE_____
                                                             Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Chase Mortgage PO Box 9001871 Louisville, KY 40290 |  |  |  |  |  |
|  | Fifth Third Bank PO Box 740778 Cincinnati, OH 45274 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Freedom Lift 929 Alpine Commerse Park, Ste 300 Grand Rapids, MI 49544 | | | | | |
| | Ridgestone Bank 13925 W North Ave Brookfield, WI 53005 | | | | | |
| | STATE FARM BANK PO BOX 3299 Milwaukee, WI 53201 | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| THOMAS E. SPRINGER | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| ASSOCIATED BANK | | | | | |
| SPRINGER BROWN, LLC | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | American Express PO Box 0001 Los Angeles, CA 90096 | | | | | |
| | American Express PO Box 297871 Fort Lauderdale, FL 33329 | | | | | |
| | American Express PO Box 981537 El Paso, TX 79998 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank Card Services PO Box 84013 Columbus, GA 31908 | | | | | |
| | Bank of America PO Box 15796 Wilmington, DE 19886 | | | | | |
| | Bank of America PO Box 851001 Dallas, TX 75285 | | | | | |
| | Capital One P.O. Box 6492 Carol Stream, IL 60197-6492 | | | | | |
| | Car Quest 3 N Smith St Aurora, IL 60505 | | | | | |
| | Citi Auto 920 McClure Aurora, IL 60505 | | | | | |
| | Discover PO Box 6103 Carol Stream, IL 60197 | | | | | |
| | Lowes PO Box 530970 Atlanta, GA 30353 | | | | | |
| | Onofrio Land, LLC c/o Scott Larson Attorney 200 W Main Street Saint Charles, IL 60174 | | | | | |
| 8 | Active Concrete, Inc. | | | | | |
| 9 | Lorusso Cement Contractors, Inc | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 7 | Onofrio Land, Llc | | | | | |
| 4 | American Express Bank, Fsb | | | | | |
| 5 | American Express Bank, Fsb | | | | | |
| 3 | American Express Centurion Bank | | | | | |
| 2 | Capital One Bank (Usa), N.A. | | | | | |
| 1 | Discover Bank | | | | | |
| 6 | Quantum3 Group Llc As Agent For | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit 8

| | | |
|---|---|---|
| Case No: | 13-23861   DRC   Judge: Donald R. Cassling | Trustee Name: THOMAS E. SPRINGER, TRUSTEE |
| Case Name: | FOLEY SR., TERRENCE P | Date Filed (f) or Converted (c): 06/11/13 (f) |
| | | 341(a) Meeting Date: 07/15/13 |
| For Period Ending: | 04/07/15 | Claims Bar Date: 10/21/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Single Family Residence - 40W668 S Bridle Creek Dr | 300,000.00 | 0.00 | | 0.00 | FA |
| 2. Car Lot - 1641 E New York Street, Aurora Illinois | 500,000.00 | 0.00 | | 0.00 | FA |
| 3. Checking - Harris Bank | 17.00 | 0.00 | | 0.00 | FA |
| 4. Personal possessions in home | 5,000.00 | 0.00 | | 0.00 | FA |
| 5. Personal clothing | 400.00 | 0.00 | | 0.00 | FA |
| 6. Watch | 200.00 | 0.00 | | 0.00 | FA |
| 7. 100% in U Save Autos, Inc | 0.00 | 0.00 | | 0.00 | FA |
| (business closed May 23, 2013 pursuant settlement in litigation) | | | | | |
| 8. Estimated tax refund 2012 | 20,000.00 | 20,000.00 | | 20,000.00 | FA |
| Debtor testified at 341 Meeting that he received and spent entire tax refund. Debtor repaying refund to estate in installments | | | | | |
| 9. 2007 Mercedes 550SL 80,000 miles | 25,000.00 | 0.00 | | 0.00 | FA |
| 10. 2000 Sea Ray 460 46 ft and dignhee | 160,000.00 | 0.00 | | 0.00 | FA |
| Stay nlifted by credtior | | | | | |
| TOTALS (Excluding Unknown Values) | $1,010,617.00 | $20,000.00 | | $20,000.00 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Debtor is repaying $20,000.00 tax refund that he received and spent.

Initial Projected Date of Final Report (TFR): 05/15/14    Current Projected Date of Final Report (TFR): 05/15/14

LFORM1    Ver: 18.03b

**UST Form 101-7-TDR (10/1/2010)** *(Page: 8)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 13-23861 -DRC | | Trustee Name: | THOMAS E. SPRINGER, TRUSTEE |
|---|---|---|---|---|
| Case Name: | FOLEY SR., TERRENCE P | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******9999 CHECKING ACCOUNT |
| Taxpayer ID No: | *******1271 | | | |
| For Period Ending: | 04/07/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 11/13/13 | | Terrence P. Foley<br>40 W. 668 S. Bridle Creek<br>St. Charles, IL 60175 | Installment payment | 1124-000 | 4,000.00 | | 4,000.00 |
| 11/13/13 | 8 | Asset Sales Memo: | Estimated tax refund 2012 $4,000.00<br>per Court Order entered 6/13/13. | | | | 4,000.00 |
| 12/06/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,990.00 |
| 12/11/13 | | Terrance P. Foley<br>Adrienne L. Sauers<br>40 W 668 S. Bridle Creek<br>St. Charles, IL 60175 | Installment payment | 1124-000 | 4,000.00 | | 7,990.00 |
| 12/11/13 | 8 | Asset Sales Memo: | Estimated tax refund 2012 $4,000.00 | | | | 7,990.00 |
| 01/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 7,980.00 |
| 01/10/14 | | Terrance P. Foley<br>40 W 668 S. Bridle Creek<br>St. Charles, IL 60175 | Installment payment | 1124-000 | 4,000.00 | | 11,980.00 |
| 01/10/14 | 8 | Asset Sales Memo: | Estimated tax refund 2012 $4,000.00 | | | | 11,980.00 |
| 02/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 16.08 | 11,963.92 |
| 02/11/14 | 001000 | INTERNATIONAL SURETIES, LTD.<br>Suite 420<br>701 Poydras Street<br>New Orleans, LA 70139 | Blanket Bond # 016026455 | 2300-000 | | 16.00 | 11,947.92 |
| 02/21/14 | | Terrence P. Foley<br>Adrienne L. Sauers<br>40 W 668 S. Bridle Creek<br>St. Charles, IL 60175 | Installment payment | 1124-000 | 4,000.00 | | 15,947.92 |
| 02/21/14 | 8 | Asset Sales Memo: | Estimated tax refund 2012 $4,000.00 | | | | 15,947.92 |
| 03/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 17.59 | 15,930.33 |
| 04/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 23.68 | 15,906.65 |

Page Subtotals 16,000.00 93.35

Ver: 18.03b

LFORM24

UST Form 101-7-TDR (10/1/2010) (Page: 9)

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 13-23861 -DRC | Trustee Name: | THOMAS E. SPRINGER, TRUSTEE |
|---|---|---|---|
| Case Name: | FOLEY SR., TERRENCE P | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******9999 CHECKING ACCOUNT |
| Taxpayer ID No: | *******1271 | | |
| For Period Ending: | 04/07/15 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 04/09/14 | | Terrance P. Foley<br>Adrienne L. Sauers<br>40 W. 668 S. Bridle Creek<br>St. Charles, IL 60175 | Installment payment | 1124-000 | 4,000.00 | | 19,906.65 |
| 04/09/14 | 8 | Asset Sales Memo: | Estimated tax refund 2012 $4,000.00<br>Tax refund. | | | | 19,906.65 |
| 05/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 27.11 | 19,879.54 |
| 06/06/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 29.55 | 19,849.99 |
| 07/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 28.56 | 19,821.43 |
| 08/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 29.47 | 19,791.96 |
| 09/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 29.43 | 19,762.53 |
| 10/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 28.44 | 19,734.09 |
| 01/06/15 | 001001 | Thomas E. Springer, Trustee<br>400 S. County Farm Road<br>Suite 330<br>Wheaton, IL 60187 | Trustee Compensation | 2100-000 | | 2,750.00 | 16,984.09 |
| 01/06/15 | 001002 | SPRINGER BROWN, LLC<br>Wheaton Executive Center<br>400 S. County Farm Road<br>Suite 330<br>Wheaton, IL 60187 | Attorney for Trustee Fees (Trustee | 3110-000 | | 3,975.00 | 13,009.09 |
| 01/06/15 | 001003 | Onofrio Land, LLC<br>c/o G Alexander McTavish<br>Foote, Mielke,Chavez & O'Neil, LLC<br>10 W State St, Ste 200<br>Geneva, IL 60134 | Claim 7, Payment 0.87565% | 7100-000 | | 12,360.94 | 648.15 |
| 01/06/15 | 001004 | Active Concrete, Inc.<br>c/o G Alexander McTavish<br>Foote, Mielke, Chavez & O'Neil, LLC<br>10 W State St, Ste 200 | Claim 8, Payment 0.87560% | 7100-000 | | 87.56 | 560.59 |

Page Subtotals    4,000.00    19,346.06

Ver: 18.03b

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 13-23861 -DRC | | Trustee Name: | THOMAS E. SPRINGER, TRUSTEE |
|---|---|---|---|---|
| Case Name: | FOLEY SR., TERRENCE P | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******9999 CHECKING ACCOUNT |
| Taxpayer ID No: | *******1271 | | | |
| For Period Ending: | 04/07/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 01/06/15 | 001005 | Lorusso Cement Contractors, Inc<br>c/o G Alexander McTavish<br>Foote, Mielke, Chavez & O'Neil, LLC<br>10 W State St, Ste 200<br>Geneva, IL 60134 | Claim 9, Payment 0.87570% | 7100-000 | | 87.57 | 473.02 |
| 01/06/15 | 001006 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Claim 1, Payment 0.87566% | 7100-900 | | 92.19 | 380.83 |
| 01/06/15 | 001007 | Capital One Bank (USA), N.A.<br>by American InfoSource LP as agent<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Claim 2, Payment 0.87571% | 7100-900 | | 10.43 | 370.40 |
| 01/06/15 | 001008 | American Express Centurion Bank<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Claim 3, Payment 0.87565% | 7100-900 | | 137.89 | 232.51 |
| 01/06/15 | 001009 | American Express Bank, FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Claim 4, Payment 0.87601% | 7100-900 | | 10.82 | 221.69 |
| 01/06/15 | 001010 | American Express Bank, FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Claim 5, Payment 0.87558% | 7100-900 | | 94.85 | 126.84 |
| 01/06/15 | 001011 | Quantum3 Group LLC as agent for<br>GFB LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 | Claim 6, Payment 0.87562% | 7100-900 | | 126.84 | 0.00 |

Page Subtotals      0.00      560.59

Ver: 18.03b

LFORM24

UST Form 101-7-TDR (10/1/2010)  *(Page: 11)*

FORM 2

Page: 4

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: | 13-23861 -DRC |
| Case Name: | FOLEY SR., TERRENCE P |
| Taxpayer ID No: | *******1271 |
| For Period Ending: | 04/07/15 |

| | |
|---|---|
| Trustee Name: | THOMAS E. SPRINGER, TRUSTEE |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******9999  CHECKING ACCOUNT |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 20,000.00 | 20,000.00 | 0.00 |
| | | | Less:  Bank Transfers/CD's | | 0.00 | 0.00 | |
| | | | Subtotal | | 20,000.00 | 20,000.00 | |
| | | | Less:  Payments to Debtors | | | 0.00 | |
| | | | Net | | 20,000.00 | 20,000.00 | |

| | | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | | |
| CHECKING ACCOUNT - ********9999 | | 20,000.00 | 20,000.00 | 0.00 |
| | | ---------------------- | ---------------------- | ---------------------- |
| | | 20,000.00 | 20,000.00 | 0.00 |
| | | ============ | ============ | ============ |
| | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals          0.00          0.00

Ver: 18.03b

LFORM24
**UST Form 101-7-TDR (10/1/2010)** *(Page: 12)*